UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | **JURY TRIAL REQUESTED** |
| JUSTICE AND TROY SIMPSON, In His | § | |
| Individual and in his Official Capacities | § | |
| | § | |
| Defendants | § | |

<u>**PLAINTIFF'S CERTIFIED DISCLOSURE OF INTERESTED PARTIES**</u>

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

1. Plaintiff, Isaiah Hilburn

2. Gay E. Gilson, Attorney for Hilburn

3. Defendants:

    Texas Department of Criminal Justice

    Troy Simpson

    State of Texas

4. Attorney for Defendants:

    John West, Deputy General Counsel - Litigation

3.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: *[signature]*
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document on the following persons:

John West
Deputy General Counsel - Litigation
Office of the General Counsel
P.O. Box 13084
Austin, Texas 78711

on March 8, 2000 via certified mail, return receipt requested.

*[signature]*
Gay E. Gilson