IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou
Southern District of Texas
FILED
MAR 20 2000
MICHAEL N. MILBY CLERK

| | |
|---|---|
| ISAIAH HILLBURN, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-063 |
| § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE AND § | |
| TROY SIMPSON, In His § | |
| Individual and Official Capacities, § | |
| Defendant. § | |

## *AMICUS CURIAE* ADVISORY TO THE COURT

**TO THE HONORABLE JUDGE OF THE DISTRICT COURT:**

**COMES NOW**, The Attorney General of Texas, as Friend of the Court, and files this Advisory. In support thereof, *Amicus Curiae* respectfully offers the following:

The instant litigation is a claim for relief pursuant to 42 U.S.C. § 1983, Title VII, the Family Medical Leave Act, the Fair Labor Standards Act and the Texas Commission on Human Rights Act. Because Plaintiff has not complied with the requisites of Rule 4 of the Federal Rules of Civil Procedure, service has not yet been perfected upon any named defendant. Accordingly, undersigned counsel respectfully requests that the Court continue the Initial Pretrial and Scheduling Conference set for April 10, 2000 at 1:15 p.m.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
MEREDITH L. KENNEDY
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00796872
Southern District Bar No. 24171

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

*AMICUS CURIAE*

**CERTIFICATE OF SERVICE**

I, MEREDITH L. KENNEDY, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing *Amicus Curiae* **Advisory to the Court** has been served by placing same in the United States Mail on this 17th day of March, 2000, addressed to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412-2589

_____
MEREDITH. L. KENNEDY
Assistant Attorney General

G:\Data\Ledd\CGB\Cases\Hilburn\pleadings\amicus advisory.service.wpd/Page 2