United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | **JURY TRIAL REQUESTED** |
| JUSTICE AND TROY SIMPSON, In His | § | |
| Individual and in his Official Capacities | § | |
| | § | |
| Defendants | § | AGREEMENT OF OTHER PARTIES OF RECORD UNOBTAINABLE BECAUSE SERVICE HAS NOT BEEN EFFECTED |

### PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Isaiah Hilburn, files this Plaintiff's Motion for Continuance of the Initial Pretrial and Scheduling Conference and would show the Court as follows:

1.  Plaintiffs filed suit on February 14, 2000.

2.  Plaintiffs have attempted service upon both Defendants by waiver sent to the attorney that was handling this matter prior to litigation. Plaintiff's counsel has been successful in serving other local and state agencies and their employees by waiver of service pursuant to FRCP 4. However, in this case, Defendant Texas Department of Criminal Justice will not accept the waiver and will require personal service upon its Executive Director, Wayne Scott. Plaintiffs are in the process of effecting service upon both Defendants by different methods.

3.  An Initial Pretrial and Scheduling Conference is currently scheduled for Monday, April 10, 2000 at 1:15 p.m. before the Honorable Janis Graham Jack.

5.

4. The Plaintiff requests a continuance of the Initial Pretrial and Scheduling Conference so that service may be made upon the Defendants.

5. This motion is timely filed pursuant to the Federal Rules of Civil Procedure.

6. Plaintiff has spoken with Meredith L. Kenney, Assistant Attorney General of the Law Enforcement Defense Division and although she has not appeared on Defendant's behalf, she is in agreement to the continuance.

7. Plaintiff does not seek this extension for delay, but so that justice may be served. For these reasons, Plaintiff asks the Court to grant a continuance of the Initial Pretrial and Scheduling Conference.

Respectfully Submitted,

By: *Gay E. Gilson*
Gay E. Gilson
State Bar No. 00784131/Fed. I.D. 16385
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(512) 814-0573
Facsimile (512) 814-0674
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that I discussed this Motion with Meredith L. Kennedy with the Attorney General's Office and she were in agreement to the motion. Ms. Kennedy has not entered an appearance because the Texas Department of Criminal Justice will require personal service upon Wayne Scott, Executive Director. Plaintiff attempted service by waiver which Defendant, TDCJ, will not accept service by this method.

*Gay E. Gilson*
Gay E. Gilson

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was forwarded on March 22, 2000 by facsimile to:

Meredith L. Kennedy                                                             Via Facsimile (512) 495-9139
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78411-2548

Ms. Kennedy has not entered an appearance on behalf of any Defendant. The copy sent to her is as a courtesy.

                                                                           */s/ Gay E. Gilson*
                                                                        Gay E. Gilson



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TROY SIMPSON, In His Individual and in his Official Capacities | § § § | **JURY TRIAL REQUESTED** |
| | § | |
| Defendants | § | AGREEMENT OF OTHER PARTIES OF RECORD UNOBTAINABLE BECAUSE SERVICE HAS NOT BEEN EFFECTED |

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE

On the _____ day of _____, 199____, the Court considered Plaintiff's Motion for Continuance of Initial Pretrial and Scheduling Conference. After considering the Motion, the Court ORDERS that the Initial Pretrial and Scheduling Conference in this case be continued until _____ in order that service may be effected upon all parties.

SIGNED this _____ day _____, 2000.


_____
PRESIDING JUDGE

4