United States District Court
Southern District of Texas
ENTERED

MAR 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ISAIAH HILBURN § | |
| § | |
| V. § | C.A. NO. C-00-063 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE AND TROY SIMPSON, in § | |
| his Individual and in his § | |
| Official Capacities § | |

### ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE

On this day came on to be considered the Plaintiff's Motion for Continuance of Initial Pretrial and Scheduling Conference. Plaintiff's Motion for Continuance of Initial Pretrial and Scheduling Conference is hereby DENIED.

ORDERED the 27th day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE