```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED
           UNITED STATES DISTRICT COURT         MAR 30 2000
            SOUTHERN DISTRICT OF TEXAS
              CORPUS CHRISTI DIVISION          Michael N. Milby, Clerk
```

| | |
|---|---|
| ISAIAH HILBURN § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. C-00-063 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | **JURY TRIAL REQUESTED** |
| JUSTICE AND TROY SIMPSON, In His § | |
| Individual and in his Official Capacities § | |
| § | |
| Defendants § | |

## NOTICE TO THE COURT REGARDING JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

The Plaintiff respectfully notifies the Court that the Plaintiffs are in the process of having the Defendants served and, therefore, the meeting of the parties has not taken place as set out in FRCP 26(f) and the Order for Conference and Disclosure of Interested Parties entered by the Court. The present lawsuit was filed on February 14, 2000. Approximately forty-five days have elapsed since this lawsuit was filed.

Plaintiff's counsel will attend the Initial Pretrial and Scheduling Conference set for Monday, April 10, 2000 at 1:15 p.m.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: *Gay E Gilson*
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFF

1.