# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Mary Beth Garza |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Erik Hansen |
| **U.S.C.S.O.:** | Eleazar Jaime |
| **U.S. MARSHAL:** | |
| **INTERPRETER:** | |
| **DATE:** | April 10, 2000 |
| **OPEN:** | 1:33 |
| **ADJOURN:** | 2:37 |
| **TAPE:** | #2 |

United States District Court
Southern District of Texas
FILED
APR 1 0 2000
MICHAEL N. MILBY
CLERK

8.

**CIVIL ACTION NUMBER:** C-00-63

Isaiah Hilburn

**COUNSEL:** Gay Gilson

VS.

Texas Dept. of Criminal Justice, et al.

**COUNSEL:** Cari Bernstein

(✓) IPTC: Case called. Appearances are made. Discussion of case matters. Court dismisses Fair Labor Standard Act claim. Title VII claim is only against TDCJ. 1983 Claim is only against defendant Troy Simpson. Court stays discovery against defendant Simpson. Court signs Scheduling order. Court refers the parties to mediation. Court orders the parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO. Court signs a general order. Plaintiff has seven days to serve defendant Troy Simpson. Adjourned.