IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ISAIAH HILBURN | § |
| | § |
| V. | § C.A. NO. C-00-063 |
| | § |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE; TROY SIMPSON, in his Individual and in his Official Capacities | § § § § |

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 10th day of April, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE