IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 0 2000
Michael N. Milby, Clerk

| | | |
|---|---|---|
| ISAIAH HILBURN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE AND | § | |
| TROY SIMPSON, In His | § | |
| Individual and Official Capacities, | § | |
| Defendants. | § | |

## MOTION TO APPEAR *PRO HAC VICE*

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

The undersigned, an attorney-at-law licensed to practice in the State of Texas, requests leave to appear as the attorney in charge for the defendant in the above-styled cause, submitting to the jurisdiction of this Court for disciplinary purposes and to the Local Rules of the Southern District, and certifying that she will be available for hearings of forty-eight hours notice.

In support of her motion, the undersigned represents that she is a member in good standing of the State Bar of Texas, the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Northern District of Texas, the United States District Court for the Western District and United States District Court for the Eastern District. Additionally, she has requested her letter of good standing to attach to her application for admission to the United States District Court for the Southern District.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_/s/ Cari G. Bernstein_
CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00790300

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2080
Fax No.   (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, CARI G. BERNSTEIN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion to Appear *Pro Hac Vice*** has been served by placing same in the United States Mail, Certified Mail, Return Receipt Requested, on April 7, 2000 addressed to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas
**Counsel for the Plaintiff**

_/s/ Cari G. Bernstein_
CARI G. BERNSTEIN
Assistant Attorney General

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| *ISAIAH HILBURN,* § | |
| Plaintiff, § | |
| § | |
| *v.* § | Civil Action No. C-00-063 |
| § | |
| *TEXAS DEPARTMENT OF* § | |
| *CRIMINAL JUSTICE AND* § | |
| *TROY SIMPSON, In His* § | |
| *Individual and Official Capacities,* § | |
| Defendant. § | |

**ORDER**

On this day a **Motion to Appear** *Pro Hac Vice* came before the Court for hearing. After considering the motion, the Court is of the opinion that it should be GRANTED and that Assistant Attorney General Cari G. Bernstein be allowed to appear on behalf of the Defendant in this cause of action.

**SIGNED** on this the ____ day of _____, 2000.

_____
**JUDGE PRESIDING**