IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | |
|---|---|
| ISAIAH HILLBURN, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-063 |
| § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE AND § | |
| TROY SIMPSON, In His § | |
| Individual and Official Capacities, § | |
| Defendants. § | |

**MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE***

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

The undersigned, an attorney at law licensed to practice in the State of Texas, requests leave to appear as *amicus curiae* in the above styled cause, submitting to the jurisdiction of this Court for disciplinary purposes and to the Local Rules of the Southern District, and certifying that she will be available for hearings of forty-eight hours notice.

In support of her motion, the undersigned represents that she is a member in good standing of the State Bar of Texas, the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Northern District of Texas, the United States District Court for the Western District and United States District Court for the Eastern District. Additionally, she has requested her letter of good standing to attach to her application for admission to the United States District Court for the Southern District.

14.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00790300

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2080
Fax No.   (512) 495-9139

**AS *AMICUS CURIAE***

## CERTIFICATE OF SERVICE

I, Cari G. Bernstein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion for Leave to Appear as *Amicus Curiae*** has been served by placing same in the United States Mail on this 6th day of April, 2000 addressed to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas


_____
CARI G. BERNSTEIN
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *ISAIAH HILLBURN,* | § | |
| Plaintiff, | § | |
| | § | |
| *v.* | § | Civil Action No. C-00-063 |
| | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE AND* | § | |
| *TROY SIMPSON*, In His | § | |
| Individual and Official Capacities, | § | |
| Defendants. | § | |

**ORDER**

On this day a **Motion for Leave to Appear as *Amicus Curiae*** came before the Court for hearing. After considering the motion, the Court is of the opinion that it should be GRANTED and that Assistant Attorney General Cari G. Bernstein be allowed to appear as *amicus curiae* in this cause of action.

**SIGNED** on this the ____ day of _____, 2000.

_____w
**JUDGE PRESIDING**