UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
APR 10 2000
Michael N. Milby, Clerk

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
|     Plaintiff | § | |
| vs. | § | Civil Action No. C-00-063 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TROY SIMPSON, In His Individual and in his Official Capacities | § | JURY TRIAL REQUESTED |
|     Defendants | § | |

## WAIVER OF SERVICE OF SUMMONS

TO:    Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas

I acknowledge receipt of your request that I waive service of a summons in the action of Isaiah Hilburn v. Texas Department of Criminal Justice, et all which is case number C - 00 - 063 in the United States District Court for the Southern District of Texas, Corpus Christi Division. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without any cost to me. I have also received a copy of the Order for Conference, Instructions for the Joint Discovery/Case Management Plan Under Rule 26(f) and Scheduling Order.

I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit

or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the party on whose behalf I am acting if an answer or motion under Rule 12 is not served within sixty (60) days after February 29, 2000, the day that the request was sent.

DATED _April 7_, 2000.

BY: _____
On behalf of Texas Department of Criminal Justice

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had actually been served when the request for waiver of service was received.