United States District Court
Southern District of Texas
ENTERED
APR 1 2 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
| | § | |
| Plaintiff, | § | 17. |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-063 |
| | § | |
| TEXAS DEPT. OF CRIMINAL JUSTICE | § | |
| AND TROY SIMPSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be held the initial pretrial conference in the above-styled action.

I.

Plaintiff clarified his pleading as follows:

(1) Plaintiff's 42 U.S.C. § 2000e claims are brought against the State of Texas only and are based on race discrimination and retaliation.

(2) Plaintiff's 42 U.S.C. § 1983 claims are brought only against Defendant Troy Simpson individually and are based on First Amendment Free Speech and Fourteenth

Amendment Due Process rights.

(3) Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, are dismissed without prejudice pursuant to the Eleventh Amendment. <u>Alden v. Maine</u>, 527 U.S. 706 (1999); <u>Employees v. Missouri Public Health Department</u>, 411 U.S. 279 (1973). These claims were brought against the State of Texas only.

(4) Plaintiff's claims under the Family Medical Leave Act, 29 U.S.C. § 2601 *et. seq.*, were brought only against the State of Texas.

(5) Plaintiff's claims under the Texas Commission on Human Rights Act, Texas Labor Code Ann. § 21.001 *et seq.*, were brought only against the State of Texas, and only for race based discrimination and retaliation.

(6) These above described causes of action are the only causes of action brought by Plaintiff.

II.

Plaintiff is ORDERED to serve process on Defendant Troy Simpson on or before April 17, 2000. Plaintiff is also ORDERED to clarify any claims for punitive damages on or before April 17, 2000. Finally, all discovery against Defendant Troy Simpson is

2

STAYED except as to the issue of qualified immunity until further notice from this Court.

ENTERED on this the ___10th___ day of April, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

3