United States District Court
Southern District of Texas
ENTERED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

APR 1 2 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| *ISAIAH HILBURN,* | § | |
| Plaintiff, | § | |
| | § | *18.* |
| *v.* | § | **Civil Action No. C-00-063** |
| | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE AND* | § | |
| *TROY SIMPSON, In His* | § | |
| *Individual and Official Capacities,* | § | |
| Defendant. | § | |

**O R D E R**

On this day a **Motion to Appear** *Pro Hac Vice* came before the Court for hearing. After

considering the motion, the Court is of the opinion that it should be GRANTED and that Assistant

Attorney General Cari G. Bernstein be allowed to appear on behalf of the Defendant in this cause

of action.

**SIGNED** on this the ___11th___ day of ___April___, 2000.

_____
**JUDGE PRESIDING**

GlibPDF - www.fastio.com