IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 2 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ISAIAH HILLBURN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE AND | § | |
| TROY SIMPSON, In His | § | |
| Individual and Official Capacities, | § | |
| Defendants. | § | |

## ORDER

On this day a **Motion for Leave to Appear as *Amicus Curiae*** came before the Court for hearing. After considering the motion, the Court is of the opinion that it should be GRANTED and that Assistant Attorney General Cari G. Bernstein be allowed to appear as *amicus curiae* in this cause of action.

SIGNED on this the 11th day of April, 2000.

_____
JUDGE PRESIDING