# OFFICERS RETURN OF SERVICE

CASE # C0063

ISAIAH HILBURN

COURT
Clt. Ref.#                    Clt.#   9308

VS

TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TROY SIMPSON, IN HIS INDIVIDUAL AND IN HIS OFFICIAL CAPACITIES

**United States District Court
Southern District of Texas
FILED
APR 17 2000
Michael N. Milby, Clerk**

The documents came to our hand for service on **04/11/00**  Time: 10:00:00

Documents received for service:

**FEDERAL SUMMONS W/PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on **04/11/00**  Time: **14:50:00**

Executed at: 3001 S. Emily Dr., Mcconnell U
             Beeville, TX 78102

to the following: **Simpson, Troy**

____  PERSONALLY delivering the document to the person above.
____  SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
____  POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

Charles Allen
Professional Civil Process
317 Peoples Street Suite 614
P.O. Box 181293 (78480-1293)
Corpus Christi, Tx. 78401

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct.  Given my hand and seal of office this _11_ day of _April_ 2000.

_____
NOTARY PUBLIC SIGNATURE

PCP Inv.# C0400  48


E. BIER
NOTARY PUBLIC
State of Texas
Comm. Exp. 09-14-2002

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

ISAIAH HILBURN

**SUMMONS IN A CIVIL CASE**

V.

TEXAS DEPARTMENT OF CRIMINAL
JUSTICE AND TROY SIMPSON, In His
Individual and in his Official Capacities

CASE NUMBER: C-00-063

**TO:**   (Name and address of defendant)

Troy Simpson
3001 S. Emily Drive, McConnel Unit
Beeville, Texas 78102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
(name and address)

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(361) 814-0573

an answer to the complaint which is herewith served upon you, within twenty (20)days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                                          April 10, 2000

CLERK                                                                              DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me (*)   DATE _____

NAME OF SERVER *(PRINT)*_____   TITLE _____

*Check one below to indicate a appropriate method of service:*

___ Served personally upon the defendant. Place where served:
_____
_____

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

___ Returned unexecuted: _____

**SEE ATTACHED ORIGINAL RETURN OF SERVICE**

____ Other *(specify)*:_____

## STATEMENT OF SERVICE FEES

TRAVEL _____ SERVICES _____ TOTAL _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____         _____
             *Date*                                *Signature of Server*

                                          _____
                                              *Address of Sewer*

\*   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**PCP**
Since 1978

Mail Payment to:

**Professional Civil Process**
P.O. Box 181293
Corpus Christi, Texas 78480
"A Full Legal Support Company"

**INVOICE**

PAGE: 1

Payment Due in 15 days of Invoice Date.
Please pay from this Invoice unless you have been approved for monthly Billing.

| Invoice Date: | Customer #: |
|---|---|
| 04/12/00 | 9308 |

| Invoice Number: | Case Number: |
|---|---|
| C0400  48 | C0063 |

**Bill To:**
Gilson, Gay E.
Law Office Of Gay E. Gilson
4600 Ocean Dr, Ste. 104d

Corpus Christi TX 78412
. Gay Gilson

Phone #: (361) 814-0573

**Amount Due:** 55.00

Over Due Accounts Subject to
Interest Charges of 1.5% a Month

*Please detach and return with Payment*

---

| Service To: / Description | Service Fee | Witness Fee | Additional Charges | Amount |
|---|---|---|---|---|
| Simpson, Troy | | | O/C SERVICE | 55.00 |

3001 S. Emily Dr., Mcconnell U Beeville TX 78102

DATE SERVED: 04/11/00  TIME: 14:50:00  Clt Ref#

ISAIAH HILBURN vs. TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TROY SIMPSON, IN HIS

55.00

## ATTENTION
## ORIGINAL RETURN OF SERVICE ENCLOSED

---

**PCP**
Since 1978

**Professional Civil Process**
"APPRECIATES YOUR BUSINESS"

If you have any questions regarding your Invoice please call the office that processed your order.

**Corpus Christi**
(512) 884-1657
Tax I.D 74-2596881

| Invoice Date: bertaa | Sub Total: | 55.00 |
|---|---|---|
| 04/12/00 | Amount Paid: | .00 |
| Invoice Number: C0400  48 | Balance Due: | 55.00 |
| | Refund | |