United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
| | § | |
| vs. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | **JURY TRIAL REQUESTED** |
| JUSTICE AND TROY SIMPSON, In His | § | |
| Individual and in his Official Capacities | § | |

**PLAINTIFF'S CLARIFICATION OF CLAIMS FOR PUNITIVE DAMAGES**

Pursuant to the Court's order of April 10, 2000, Plaintiff clarifies that punitive damages are brought only against Troy Simpson, in his individual capacity, as part of the damages sought for 42 U.S.C. §1983 claims.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: _/s/ Gay E. Gilson_
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was forwarded to:

Cari G. Bernstein
Assistant Attorney General
P.O. Box 12548
Austin, Texas

on this April 17, 2000.

_/s/ Gay E. Gilson_
Gay E. Gilson

22