IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY - 4 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| *ISAIAH HILLBURN,* § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-063 |
| § | |
| *TEXAS DEPARTMENT OF* § | |
| *CRIMINAL JUSTICE AND* § | |
| *TROY SIMPSON, In His* § | |
| *Individual and Official Capacities,* § | |
| Defendant. § | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COME NOW Defendants Texas Department of Criminal Justice and Troy Simpson, by and through their attorney, the Attorney General of Texas, and file this Advisory to the Court. In support thereof, Defendants respectfully offer the following:

Undersigned counsel is planning a vacation with her family from May 12 through May 30, 2000. Because counsel will be returning to work in the middle of the week after an extended absence, Defendants would appreciate the Court's consideration in postponing any settings which may arise. Counsel fully anticipates compliance with all existing deadlines. Counsel respectfully requests that the Court take into consideration counsel's longstanding plans and not schedule any matters between May 12, 2000 and June 5, 2000.

CGB\Cases\Hilburn\pleadings\vacation.advisory\Page 1

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 0070300

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Cari G. Bernstein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Advisory to The Court** has been served by placing same in the United States Mail on this 3rd day of May, 2000, addressed to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas

CARI G. BERNSTEIN
Assistant Attorney General