IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ISAIAH HILBURN, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-063 |
| § | Jury |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE AND § | |
| TROY SIMPSON, In His § | |
| Individual and Official Capacities, § | |
| Defendants. § | |

**DEFENDANT'S NOTICE OF DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Texas Department of Criminal Justice (hereinafter referred to as "TDCJ"), by an through counsel, the Attorney General of Texas, and files this Notice of Disclosure pursuant to Federal Rule of Civil Procedure 26.

**I.**

Defendant in the above entitled and numbered cause hereby notifies this Honorable Court that disclosure has been made to the plaintiff.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General For Criminal Justice

CGB/cases/hilburn.initial.dis.page 2

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

*[signature]*

CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00790300

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I, CARI G. BERNSTEIN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of **Texas Department of Criminal Justice's Notice of Disclosure** has been served by placing same in the United States certified mail, return receipt requested, on this the 10th day of May, 2000, addressed to:

Gay E. Gilson
Attorney at Law
4600 Ocean Drive Suite 104D
Corpus Christi, Texas 78412-2589
**Counsel for the Plaintiff**

*Via CM/RRR No. P 329 148 785*

*[signature]*

CARI G. BERNSTEIN
Assistant Attorney General

CGB/cases/hilburn.initial.dis.page 3