UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 30 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| ISAIAH HILBURN | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | **JURY TRIAL REQUESTED** |
| JUSTICE AND TROY SIMPSON, In His | § | |
| Individual and in his Official Capacities | § | |
| | § | |
| Defendants | § | DEFENSE COUNSEL ON VACATION |

### PLAINTIFF'S MOTION FOR CONTINUANCE TO FILE RESPONSE TO DEFENDANT'S MOTIONS TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Isaiah Hilburn, files this Plaintiff's Motion for Continuance to File Response to Defendant's Motions to Dismiss and would show the Court as follows:

1.   Plaintiffs filed suit on February 14, 2000.

2.   Defendant's Motion for Partial Dismissal Under Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6), Original Answer and Jury Demand was mailed to Plaintiff on May 9, 2000.

3.   Defendant's attorney, Cari Bernstein has notified Plaintiff's attorney and the Court that she would be out of the office from May 12 through May 30, 2000. (Exhibit 1 - Defendants' Advisory to the Court).

4.   The Court has issued several ruling regarding Plaintiff's causes of actions.

5.   Plaintiff respectfully requests the Court grant this Continuance for the sole purpose of giving Plaintiff's attorney the opportunity to confer with Defense counsel about requesting leave of Court to amend the Complaint to conform with the Court's order and to streamline this case by omitting

26

the cause of action related to due process, due course of law and redress of grievances. By allowing this very limited Continuance of two weeks, several issues, including the Motions to Dismiss, may be resolved.

6.  This motion is timely filed pursuant to the Federal Rules of Civil Procedure.

7.  Defense Counsel Cari Bernstein is expected back in the office May 31, 2000.

8.  Plaintiff does not seek this extension for delay, but so that justice may be served. For these reasons, Plaintiff asks the Court to grant a limited continuance, two weeks, to file a motion for leave to amend his complaint in response to the motions to dismiss. This would allow the attorneys involved to confer about Plaintiff amending his complaint and omitting those causes of action which are currently the subject of Defendant's Motions to Dismiss. This would also allow the Plaintiff to streamline his pleadings in accordance with the Court's prior Orders.

Respectfully Submitted,

By: *Gay E Gilson*
Gay E. Gilson
State Bar No. 00784131/Fed. I.D. 16385
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(512) 814-0573
Facsimile (512) 814-0674
ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE - DEFENSE ATTORNEY ON VACATION

Defense Counsel, Cari Bernstein, will be on vacation from May 12 through May 30, 2000. Ms. Bernstein has filed an Advisory to the Court requesting that nothing be scheduled from May 12, 2000 through June 5, 2000. Plaintiff's attorney will discuss this motion with Ms. Bernstein when she returns from vacation. Further, Plaintiff's attorney will also discuss with Ms. Bernstein if Defendant's would be in agreement to Plaintiff amending his complaint to streamline his causes of action and exclude the causes of action which are the subject of the Motions to Dismiss.

_____
Gay E. Gilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on May 30, 2000 to:

Cari B. Bernstein                          Via CMRRR # Z 463 643 595
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78411-2548

_____
Gay E. Gilson

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *ISAIAH HILLBURN,* | § | |
| Plaintiff, | § | |
| | § | |
| *v.* | § | Civil Action No. C-00-063 |
| | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE AND* | § | |
| *TROY SIMPSON, In His* | § | |
| *Individual and Official Capacities,* | § | |
| Defendant. | § | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COME NOW Defendants Texas Department of Criminal Justice and Troy Simpson, by and through their attorney, the Attorney General of Texas, and file this Advisory to the Court. In support thereof, Defendants respectfully offer the following:

Undersigned counsel is planning a vacation with her family from May 12 through May 30, 2000. Because counsel will be returning to work in the middle of the week after an extended absence, Defendants would appreciate the Court's consideration in postponing any settings which may arise. Counsel fully anticipates compliance with all existing deadlines. Counsel respectfully requests that the Court take into consideration counsel's longstanding plans and not schedule any matters between May 12, 2000 and June 5, 2000.

EXHIBIT 1

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 0070300

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Cari G. Bernstein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Advisory to The Court** has been served by placing same in the United States Mail on this 3rd day of May, 2000, addressed to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas

_____
CARI G. BERNSTEIN
Assistant Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILBURN | § § § | |
| Plaintiff | § § | |
| vs. | § § | Civil Action No. C-00-063 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TROY SIMPSON, In His Individual and in his Official Capacities | § § § § | **JURY TRIAL REQUESTED** |
| Defendants | § § | |

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE TO RESPOND TO MOTIONS TO DISMISS

On the _____ day of _____,2000, the Court considered Plaintiff's Motion for Continuance to Respond to Defendant's Motions to Dismiss. After considering the Motion, the Court ORDERS that Plaintiff be allowed two weeks from May 30, 2000 to file a Motion for Leave to Amend his Complaint in response to the Motions to Dismiss.

SIGNED this _____ day _____, 2000.

_____
PRESIDING JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ISAIAH HILBURN § § | |
| Plaintiff § § | |
| vs. § | Civil Action No. C-00-063 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § JUSTICE AND TROY SIMPSON, In His § Individual and in his Official Capacities § § | **JURY TRIAL REQUESTED** |
| Defendants § | |

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE TO RESPOND TO MOTIONS TO DISMISS

On the _____ day of _____,2000, the Court considered Plaintiff's Motion for Continuance to Respond to Defendant's Motions to Dismiss. After considering the Motion, the Court ORDERS that Plaintiff be allowed two weeks from May 30, 2000 to file a Motion for Leave to Amend his Complaint in response to the Motions to Dismiss.

SIGNED this _____ day _____, 2000.

_____
PRESIDING JUDGE

4