IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ISAIAH HILBURN § | |
| § | |
| Plaintiff, § | 28. |
| § | |
| vs. § | CIVIL ACTION NO. C-00-063 |
| § | |
| TEXAS DEPT. OF CRIMINAL JUSTICE § | |
| AND TROY SIMPSON, § | |
| § | |
| Defendants. § | |

## ORDER

On April 10, 2000, Texas Department of Criminal Justice ("TDCJ") filed a Motion for Partial Dismissal under Fed.R.Civ.P. 12(b)(1) & (6). TDCJ seeks "an order dismissing with prejudice Plaintiff's claims under 42 U.S.C. § 1983 because it is clear that Defendant has Eleventh Amendment immunity. (TDCJ's Motion to Dismiss at 2). On May 11, 2000, Defendant Troy Simpson ("Simpson") filed a Motion for Partial Dismissal as well. Simpson's Motion seeks dismissal of Plaintiff's 42 U.S.C. § 1983 claims against him in his official capacity. (Simpson's Motion to Dismiss at 2).

On April 10, 2000, after the initial pre-trial conference was held in this action, the Court entered an order recording clarifications Plaintiff made during the hearing regarding his claims. The order contained the following:

> Plaintiff's 42 U.S.C. § 1983 claims are brought only against Defendant Troy Simpson individually and are based on First Amendment Free Speech and Fourteenth Amendment Due Process rights.

(April 10, 2000 Order at 1-2, D.E. #17). Plaintiff therefore has no § 1983 claims against either TDCJ or Troy Simpson in his official capacity. The Court FINDS that Defendants' Claims for Partial Dismissal are MOOT.

ENTERED on this the ___26th___ day of April, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE