IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District C··
Southern District of T··
FILED
AUG 17 2000
MICHAEL N. MILBY CLERK

| | |
|---|---|
| ISAIAH HILBURN, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-063 |
| § | Jury |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE AND § | |
| TROY SIMPSON, In His § | |
| Individual and Official Capacities, § | |
| Defendants. § | |

**DEFENDANTS' NOTICE OF FIRST SUPPLEMENTAL DISCLOSURE TO PLAINTIFF**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COME** Defendants Texas Department of Criminal Justice (hereinafter referred to as "TDCJ"), and Troy Simpson, by an through counsel, the Attorney General of Texas, and files this Notice of First Supplemental Disclosure pursuant to Federal Rule of Civil Procedure 26.

**I.**

Defendants in the above entitled and numbered cause hereby notifies this Honorable Court that supplemental disclosure has been made to the plaintiff.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General For Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

*(signature)*

CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00790300

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I, CARI G. BERNSTEIN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of **Defendants' Notice of First Supplemental Disclosure** has been served by placing same in the United States certified mail, return receipt requested, on this the 16th day of August, 2000, addressed to:

Gay E. Gilson
Attorney at Law
4600 Ocean Drive Suite 104D
Corpus Christi, Texas 78412
**Counsel for the Plaintiff**

*(signature)*

CARI G. BERNSTEIN
Assistant Attorney General

<u>**Via Certified Mail No.**</u> 7000 0600 0027 6916 9120