IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou...
Southern District of Texas
FILED
SEP 13 2000
MICHAEL N ...

| | |
|---|---|
| ISAIAH HILLBURN, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-063 |
| § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE AND § | Jury |
| TROY SIMPSON, In His § | |
| Individual and Official Capacities, § | |
| Defendant. § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is hereby stipulated by all parties appearing in this action that the above-entitled action be dismissed with prejudice.

Respectfully submitted;

_____  9/8/00
ISAIAH HILBURN       Date signed
Plaintiff

_____ 9/11/00                    _____ 09/05/2000
CARL G. BERNSTEIN    Date signed                     GAY E. GILSON       Date signed
Assistant Attorney General                           Attorney At Law
Texas State Bar No. 00790300                         Texas State Bar No.
S.D. Bar No. 25427                                   S.D. Bar No.

P. O. Box 12548, Capitol Station                     4600 Ocean Drive Suite 104D
Austin, Texas  78711-2548                            Corpus Christi, Texas 78412
Phone No. (512) 463-2080                             Phone No. (361) 814-0573
Fax No.   (512) 495-9139                             Fax No.   (361) 814-0674

**ATTORNEYS FOR DEFENDANTS**                         **ATTORNEY FOR PLAINTIFF HILBURN**
**TEXAS DEPARTMENT OF**
**CRIMINAL JUSTICE AND**
**TROY SIMPSON**

30



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAH HILLBURN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF | § | Jury |
| CRIMINAL JUSTICE AND | § | |
| TROY SIMPSON, In His | § | |
| Individual and Official Capacities, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

**ON THIS DAY CAME ON** to be heard the Motion of Isaiah Hilburn, Plaintiff, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally resolved..

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**, that the above-entitled and numbered cause be and the same is dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. Costs of court are taxed against the party incurring said costs.

**SIGNED** this _____ day of _____, 2000.


_____
**JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE**

APPROVED AS TO SUBSTANCE AND FORM:

_Isaiah Hilburn_  5/8/00
ISAIAH HILBURN
Plaintiff

| | |
|---|---|
| _Cari Bernstein_ 9/11/00 | _Gay E Gilson_ |
| CARI G. BERNSTEIN | GAY E. GILSON |
| Assistant Attorney General | Attorney At Law |
| Texas State Bar No. 00790300 | Texas State Bar No. |
| S.D. Bar No. 25427 | S.D. Bar No. |
| | |
| P. O. Box 12548, Capitol Station | 4600 Ocean Drive Suite 104D |
| Austin, Texas 78711-2548 | Corpus Christi, Texas 78412 |
| Phone No. (512) 463-2080 | Phone No. (361) 814-0573 |
| Fax No.   (512) 495-9139 | Fax No.   (361) 814-0674 |
| | |
| **ATTORNEYS FOR DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TROY SIMPSON** | **ATTORNEY FOR PLAINTIFF HILBURN** |

ClibPDF - www.fastio.com