IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 7 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ISAIAH HILLBURN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-063 |
| | § | |
| TEXAS DEPARTMENT OF | § | Jury |
| CRIMINAL JUSTICE AND | § | |
| TROY SIMPSON, In His | § | |
| Individual and Official Capacities, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

**ON THIS DAY CAME ON** to be heard the Motion of Isaiah Hilburn, Plaintiff, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally resolved..

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED,** that the above-entitled and numbered cause be and the same is dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. Costs of court are taxed against the party incurring said costs.

SIGNED this 22nd day of September, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:


_Isaiah Hilburn_   5/8/00
ISAIAH HILBURN
Plaintiff


_Cari Bernstein_  9/11/00                    _Gay E Gilson_
CARI G. BERNSTEIN                            GAY E. GILSON
Assistant Attorney General                   Attorney At Law
Texas State Bar No. 00790300                 Texas State Bar No.
S.D. Bar No. 25427                           S.D. Bar No.

P. O. Box 12548, Capitol Station             4600 Ocean Drive Suite 104D
Austin, Texas 78711-2548                     Corpus Christi, Texas 78412
Phone No. (512) 463-2080                     Phone No. (361) 814-0573
Fax No.   (512) 495-9139                     Fax No.   (361) 814-0674

**ATTORNEYS FOR DEFENDANTS**           **ATTORNEY FOR PLAINTIFF HILBURN**
**TEXAS DEPARTMENT OF**
**CRIMINAL JUSTICE AND**
**TROY SIMPSON**